IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-00927-REB-KMT

TERIOT L. CRAVIN,

    Plaintiff,

v.

CREDIT SERVICE COMPANY, INC., a Colorado corporation,
GREENBERG & ASSOCIATES, a professional corporation, and
ALAN GREENBERG, individually,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the parties' **Stipulation To Dismiss With Prejudice** [#16] filed August 18, 2008. After reviewing the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation To Dismiss With Prejudice** [#16] filed August 18, 2008, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated August 19, 2008, at Denver, Colorado.

                **BY THE COURT:**

                **s/ Robert E. Blackburn**
                **Robert E. Blackburn**
                **United States District Judge**